AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br><br>CHADYNE TOHE<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   22-298 JB |

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CHADYNE TOHE                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count 1:  18 U.S.C. § 1951(a):  Interference with Interstate Commerce by Robbery and Violence; 18 U.S.C. § 2: Aiding and Abetting;

Date:    02/24/2022

_____
*Issuing officer's signature*

City and state:   Albuquerque, NM                              Mitch Elfers. Clerk of Court
                                                                                     *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/22/22, and the person was arrested on *(date)* 3/23/22
at *(city and state)* Gallup, NM.

Date: 3/23/22

_____
*Arresting officer's signature*

SA Mark Spencer
*Printed name and title*