CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Arraignment/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 22-298 JB | UNITED STATES vs. Tohe | |
| Hearing Date: | 3/28/2022 | Time In and Out: | 10:18 am-10:24 am |
| Courtroom Deputy: | C. Lopez | Digital Recording: | Rio Grande |
| Defendant: | Chadyne Tohe | Defendant's Counsel: | Todd Bullion |
| AUSA: | Kyle Nayback | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Sunday, April 17, 2022
- ☒ Parties agree Standing Discovery Order to be electronically entered  ☐ Discovery Order previously entered  ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Browning
- ☒ Trial will be scheduled by presiding judge  ☐ Trial currently set
- ☒ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐