IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV - 9 2022

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO CR 22-0298 JB |
| AMBER YAZZIE, ) GREGORY YAZZIE, ) RANDY JOE, and ) CHADYNE TOHE, ) | |
| Defendants. ) | |

## ORDER GRANTING UNITED STATE'S UNOPPOSED MOTION TO PRESERVE THE TESTIMONY OF A WITNESS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 15

**THIS MATTER** is before the Court on the United States' Unopposed Motion To Preserve The Testimony Of A Witness Pursuant To Federal Rule Of Criminal Procedure 15. The Court, having considered the motion and being fully advised in the premises, finds that the United States has by its motion, created sufficient reasons to justify granting the motion.

**IT IS THEREFORE ORDERED** that the videotaped deposition of current Defendant and prospective Witness Randy Joe be taken as soon as practicable in order to preserve his testimony for trial in the event that he will then be unavailable.

IT IS SO ORDERED.

_____
HON. JAMES O. BROWNING
UNITED STATES DISTRICT COURT JUDGE

*The Defts shall have an opportunity to cross examine the witness with their clients present.*
*11/8/22*

1